Cardillo & Corbett
Attorneys for Plaintiff
SAVINO DEL BENE U.S.A., INC.
145 Hudson Street
New York, New York 10013
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto
James P. Rau
tprieto@cardillocorbett.com
jrau@cardillocorbett.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SAVINO DEL BENE U.S.A., INC.                  :
                                              :
                Plaintiff,                    :
                                              :     **ECF**
        -against-                             :     **COMPLAINT**
                                              :     21 Civ.
DHRUDHRA HOLDINGS INCORPORATED                :
                                              :
                Defendant.                    :
-------------------------------------------------------------x

Plaintiff, SAVINO DEL BENE U.S.A., INC (hereinafter referred to as "SAVINO"), by and through its attorneys, Cardillo & Corbett, as and for its Complaint against the Defendant, DHRUDHRA HOLDINGS INCORPORATED (hereinafter referred to as "DHRUDHRA"), alleges as follows:

## JURISDICTION

1.  This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. §1333.

## VENUE

2.  Venue is proper in this District pursuant to 28 U.S.C. §1391(b)(3).

1

## THE PARTIES

3. At all times material to this action, SAVINO was, and still is, a corporation duly organized and existing by virtue of the laws of New York with an office and place of business located at 34 Englehard Avenue, Avenel, New Jersey 07001

4. Upon information and belief, at all times material to this action, DHRUDHRA was, and still is, a corporation duly organized and existing by virtue of the laws of the state of Washington with an office and place of business located at 600 S Brandon Street, Seattle WA 98108.

## FACTUAL BACKGROUND

5. At all times material to this action, SAVINO acted as a as a non-vessel operating common carrier ("NVOCC"), arranging for the carriage of cargo on behalf of DHRUDHRA by contracting with vessel operators to move the subject cargoes.

6. From October 2020, through December 2020, DHRUDHRA engaged SAVINO's services as a NVOCC to ship containers said to contain cargoes of materials including, stone slabs, artificial stone and granite from various ports in Vietnam, Thailand and Brazil to ports in the State of Washington for which DHRUDHRA agreed to pay SAVINO's freight charges, accessorial charges and any other charges incurred in connection with the shipments.

7. SAVINO sent invoices to DHRUDHRA for the freight and related charges incurred.

8. All the containers shipped by SAVINO for DHRUDHRA were delivered, but DHRUDHRA paid only a portion of the charges incurred, leaving an unpaid balance of $54,461.78. The unpaid invoices and a statement listing the unpaid invoices and showing the balance due are attached hereto as Exhibits A and B respectively.

9. Despite due demand by SAVINO, DHRUDHRA has failed to pay the balance of freight and related charges in the amount of $54,461.78.

## CLAIM I – BREACH OF CONTRACT

10. SAVINO repeats and realleges each and every allegation set forth in Paragraphs 1 through 10 as if set forth in full herein.

11. DHRUDHRA engaged SAVINO's services as a NVOCC to ship the subject containers and agreed to pay SAVINO's freight charges, accessorial charges and any other charges incurred in connection with the shipments.

12. Despite due demand by SAVINO, DHRUDHRA has failed and refused to pay freight and other charges incurred in connection with certain of the shipments in the amount of $54,461.78.

13. SAVINO has fulfilled any and all conditions precedent and is entitled to payment from DHRUDHRA in the amount of $54,461.78.

## COUNT II – ACCOUNT STATED

14. SAVINO repeats and realleges each and every allegation set forth in Paragraphs 1 through 14 as if set forth in full herein.

15. SAVINO sent invoices to DHRUDHRA stating the amount due for freight and related charges on or about the date shown on each of the unpaid invoices, copies of which are attached hereto as Exhibit A.

16. DHRUDHRA has never rejected the invoices and other than the credits shown in Exhibit B has not paid any part thereof, leaving a balance due and owing of $54,461.78.

**WHEREFORE,** SAVINO DEL BENE U.S.A., INC., prays:

A. That judgment be entered in favor of the Plaintiff, SAVINO DEL BENE

U.S.A., INC., and against Defendant, DHRUDHRA HOLDINGS INCORPORATED in the amount of $54,461.78, plus interest; and

    B. That SAVINO DEL BENE U.S.A., INC. have such other, further and different relief as the Court may deem just and proper.

Dated: New York, New York
   August 11, 2021

           CARDILLO & CORBETT
           Attorneys for Plaintiff
           SAVINO DEL BENE U.S.A., INC.

         By: *Tulio R. Prieto*
           Tulio R. Prieto

           Office and P.O. Address
           145 Hudson Street, Suite 5C
           New York, New York 10013
           Tel: (212) 344-0464
           Fax: (212) 797-1212