USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SAVINO DEL BENE U.S.A., INC.

                      Plaintiff,

      -against-

DHRUDHRA HOLDINGS INCORPORATED,

                      Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

21-CV-6783 (PAE)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 13). A telephone conference will be held on **Thursday, December 2, 2021 at 10:00 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

      SO ORDERED.

Dated: November 18, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge